FILED

MAR 13 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Violations: Title 18, United States Code, Sections 371 and 922(a)(3) |
| | ) | |
| | ) | |
| ANTHONY MORGAN | ) | Under Seal |

18CR 158

JUDGE NORGLE
MAGISTRATE JUDGE COLE

### COUNT ONE

The SPECIAL DECEMBER 2016 GRAND JURY charges:

1. At times material to this indictment:

    a. ANTHONY MORGAN resided in the State of Illinois. Individual A, an associate of MORGAN, resided in the State of New Mexico.

    b. MORGAN and Individual A were not licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, Section 921.

2. Beginning no later than in or about February 2015 and continuing through in or about May 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY MORGAN,

defendant herein, did conspire with Individual A to commit an offense against the United States, namely, while not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, Section 921, to receive in the State of Illinois, where he resided, firearms that

defendant purchased and otherwise obtained outside the State of Illinois, in violation of Title 18, United States Code, Section 922(a)(3).

3. It was part of the conspiracy that ANTHONY MORGAN and Individual A devised a plan to have Individual A purchase and obtain firearms in New Mexico for MORGAN, and then ship the firearms to MORGAN in Illinois via the United States Postal Service.

4. It was further part of the conspiracy that MORGAN transferred money to Individual A for the purchase of firearms via Walmart money transfers initiated in Illinois. Individual A then obtained the transferred money from Walmart stores in New Mexico.

5. It was further part of the conspiracy that Individual A used the money transferred by MORGAN to purchase and obtain firearms in New Mexico for MORGAN, including: (1) a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number HFZ7724; (2) a Glock 23, .40 caliber pistol, bearing serial number VWC446; (3) two firearms, a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWU2806; (4) a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWU3631; (5) a FNH, FNS-40, .40 caliber pistol, bearing serial number GKU0058737; (6) a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWX4605; (7) a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FXT3639.

6. It was further part of the conspiracy that Individual A shipped the firearms via the United States Postal Service from New Mexico to Illinois, where MORGAN willfully received, and attempted to receive, the firearms.

Overt Acts

7. In furtherance of, and to effect the object of the conspiracy, between on or about February 6, 2015 and on or about May 21, 2016, defendant MORGAN committed and caused to be committed the following overt acts:

   a. On or about February 6, 2015, MORGAN transferred approximately $845 to Individual A via a Walmart money transfer.

   b. On or about February 11, 2015, MORGAN received a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number HFZ7724, and a Glock 23, .40 caliber pistol, bearing serial number VWC446 in Illinois.

   c. On or about July 1, 2015, MORGAN transferred approximately $515 to Individual A via a Walmart money transfer.

   d. On or about August 15, 2015, MORGAN transferred approximately $715 to Individual A via a Walmart money transfer.

   e. On or about August 24, 2015, MORGAN received a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWU2806; and a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWU3631 in Illinois.

   f. On or about September 23, 2015, MORGAN transferred approximately $900 to Individual A via a Walmart money transfer.

g. On or about September 28, 2015, MORGAN received a FNH, FNS-40, .40 caliber pistol, bearing serial number GKU0058737, and a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWX4605 in Illinois.

h. On or about May 14, 2016, MORGAN transferred approximately $380 to Individual A via a Walmart money transfer.

i. On or about May 21, 2016, ANTHONY MORGAN transferred approximately $380 to Individual A via a Walmart money transfer.

All in violation of Title 18, United States Code, Section 371.

## **COUNT TWO**

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about February 11, 2015, at Palos Hills, in the Northern District of Illinois, Eastern Division,

ANTHONY MORGAN,

defendant herein, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did receive in the State of Illinois, where he then resided, a firearm, namely, a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number HFZ7724; and a Glock 23, .40 caliber pistol, bearing serial number VWC446, said firearm having been purchased or otherwise obtained by the defendant outside the State of Illinois;

In violation of Title 18, United States Code, Section 922(a)(3).

## **COUNT THREE**

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about August 24, 2015, at Palos Hills, in the Northern District of Illinois, Eastern Division,

ANTHONY MORGAN,

defendant herein, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did receive in the State of Illinois, where he then resided, a firearm, namely, a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWU2806; and a Smith & Wesson, SD40VE, .40 caliber pistol bearing serial number FWU3631, which firearm having been obtained by the defendant outside the State of Illinois;

In violation of Title 18, United States Code, Section 922(a)(3).

## COUNT FOUR

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about September 28, 2015, at Palos Hills, in the Northern District of Illinois, Eastern Division,

ANTHONY MORGAN,

defendant herein, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did receive in the State of Illinois, where he then resided, a firearm, namely, a FNH, FNS-40, .40 caliber pistol, bearing serial number GKU0058737; and a Smith & Wesson, SD40VE, .40 caliber pistol, bearing serial number FWX4605, which firearm having been purchased and otherwise obtained by the defendant outside the State of Illinois;

In violation of Title 18, United States Code, Section 922(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY